IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>JOHN CHARLES WILLARD JR.<br><br>    Defendant | Case No:   3:10CR154<br><br>Charge:   18 U.S.C. 2252A(a)(1) Transportation of Child Pornography. Counts 1-2<br>18 U.S.C. 2252A(a)(2)(A) Receipt of Child Pornography: Counts 3-7<br><br>Court Date:   06/14/2010 at 9:00A.M. |

## NOTICE OF APPEARANCE

The Clerk of the United States District Court in Richmond Division will please note the appearance of the undersigned as counsel for the Defendant.

**LAW OFFICES OF SRIS, PC**


_____/s/_____
W. Bryan Block
VSBN: 66527
Attorney for Defendant, John Willard  (Co-Counsel)
SRIS Law Group, P.C.
4008 Williamsburg Court
Fairfax, Virginia 22032
(703) 278-0405 *telephone*
(703) 278-0420 *facsimile*
bryan.block@srislaw.com